# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STANDING TREES, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; DEREK IBARGUEN, in his official capacity as Supervisor of the White Mountain National Forest; BROOKE BROWN, in her official capacity as the District Ranger for the Pemigewasset Ranger District; JOSHUA SJOSTROM, in his official capacity as the District Ranger for the Androscoggin Ranger District<br><br>*Defendants*. | Case No.: 24-cv-00138 |

## DISCLOSURE STATEMENT
## LOCAL RULE 7.1.1

☐ The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

- O R -

☐ The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

- O R -

☐ The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC:

- AND/O R -

☐    The filing party identifies the following publicly held corporations with which amerger agreement exists:

- O R -

☒    The filing party has none of the above.

Respectfully submitted,

STANDING TREES, INC.

By Its Attorney:

/s/ Christophe Courchesne
Christophe Courchesne
NH Bar No. 20431
Assistant Professor and Director
Environmental Advocacy Clinic
Vermont Law and Graduate School
164 Chelsea Street, PO Box 96
South Royalton, VT 05068
(802) 831-1630
(802) 831-1631 (fax)
ccourchesne@vermontlaw.edu

Dated: May 16, 2024