UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

[Plaintiff]

        v.                      Case No. [Case Number]

[Defendant]

**NOTICE OF ASSIGNMENT TO UNITED STATES
MAGISTRATE JUDGE AND CONSENT FORM**

      This civil case has been randomly assigned to United States Magistrate Judge Saint-Marc for all purposes including trial, entry of final judgment, and any post-judgment proceedings. A Magistrate Judge is permitted to exercise this jurisdiction only if all parties consent. Note that a party may refuse to consent without any adverse substantive consequences.

      One party (hereafter the "Filing Party") is responsible to consult with all parties and to electronically file this form with the court advising either that all parties consent to the Magistrate Judge's jurisdiction or that consent is not unanimous. The Filing Party shall submit this consent form as follows: (1) the plaintiff, or the removing defendant if the case was initiated by a Notice or Removal, shall consult with the parties and file this form on or before the deadline for filing the discovery plan unless a defendant files a Rule 12(b) motion, (2) if any defendant files a Fed. R. Civ. P. 12(b) motion in lieu of an answer, that defendant shall consult with the parties and file this form on or before filing the Rule 12(b) motion. Only one document should be filed. While consent is voluntary, submission of this form indicating whether the parties consent to the Magistrate Judge's jurisdiction is mandatory.

**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE
(To Be Completed Only If All Parties Consent)**

      In accordance with Fed. R. Civ. P. 73, 28 U.S.C. § 636(c), and Local Rule 73.1(b)(2), the undersigned pro se party or counsel of record consent to have Magistrate Judge Saint-Marc conduct all further proceedings in this case, including trial, entry of judgment, and any post-judgment proceedings, with any appeal going directly to the First Circuit Court of Appeals in the same manner as an appeal from any other judgment of this district.

| Party Represented | Signature of Counsel/Pro Se Party | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(Signatures may be in "/s/" format.  See AP 2.7(b).   Use additional forms if additional party represented spaces are needed)

~OR~

**REFUSAL TO CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE
(To Be Completed If Any Party Does Not Consent--Please DO NOT Identify Party)**

      In accordance with Fed. R. Civ. P. 73, 28 U.S.C. § 636(c), and Local Rule 73.1(b)(2), the parties advise the court that at least one party does not consent to the Magistrate Judge's jurisdiction. The parties understand that the case will be randomly assigned to proceed before a U.S. District Judge and that pretrial matters may be referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and Local Rule 72.1.

Date: _____                        _____
                                                                          Filing Party (or their counsel)

USDCNH-54 (2/6/17)(PREVIOUS EDITIONS OBSOLETE)