UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STANDING TREES, INC.<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>　　Defendants. | Case No. 1:24-cv-00138-JL-TSM |

## **SCHEDULING ORDER**

The Court has considered the parties' joint case management plan and enters the following Scheduling Order:

1. This action for review of agency actions on administrative records is assigned to the administrative track under LR 40.1(a)(1).

2. Any amendment to the Complaint as a matter of course under Fed. R. Civ. P. 15(a)(1) is due by **August 13, 2024**. Defendants' Response to Plaintiff's Complaint (DN 7) is deemed the responsive pleading to any amended complaint.

3. The Administrative Records shall be lodged by **July 30, 2024**. Defendants' request to lodge the Administrative Records in electronic format only is **GRANTED**.

4. Plaintiff's deadline to raise informally in writing to Defendants' counsel any materials that it asserts are necessary to supplement, complete, or otherwise challenge the contents of the Administrative Records is **August 22, 2024**.

5. Any motion to supplement, complete, or otherwise challenge the contents of the Administrative Records is due **September 5, 2024**. Any such motion shall be based only

6. The filing of a motion to complete, supplement, or otherwise challenge the contents of the Administrative Records **will suspend** the summary judgment briefing set forth below. The parties shall file a joint status report with proposed briefing dates for summary judgment briefing within **fourteen days** of the Court's order resolving challenges (if any) to the contents of the Administrative Records.

on the issues that Plaintiff raised informally with Defendants as set forth in the preceding paragraph.

7. If there are no motions regarding the Administrative Records, Plaintiff's opening summary judgment brief and declarations on standing are due **October 3, 2024**. Plaintiff's opening brief is limited to **35 pages**.

8. Defendants' combined cross-motion and response is due **October 31, 2024**. Defendants' opening brief is limited to **35 pages**.

9. Amicus briefs (if any) are due **November 7, 2024**. Amicus briefs are limited to **10 pages**.

10. Plaintiff's combined response and reply brief is due **November 21, 2024**. Plaintiff's second brief is limited to **20 pages**.

11. Defendants' reply is due **December 12, 2024**. Defendants' second brief is limited to **20 pages**.

12. Oral argument on the parties' cross-motions for summary judgment is scheduled for and date to be determined once briefing is complete.

**SO ORDERED**.

_____
The Honorable Joseph N. Laplante
United States District Judge