# Exhibit B

## DECLARATION OF GERALD CURRAN

1. I, Gerald Curran, am competent to testify to all the facts contained in this declaration.

2. I reside in Conway, New Hampshire, which is roughly 25 miles from the Peabody West Project area. The beautiful forests are what brought me here and why I have stayed.

3. I am a member of Standing Trees. I currently plan to continue to visit the project area for the foreseeable future.

4. I became aware of the project from speaking with Zack Porter, Executive Director of Standing Trees.

5. I often enjoy recreating in White Mountain National Forest. To me, it is a jewel—one of the most beautiful places in the world.

6. I have used the project area for many years to hike, backpack, and ski, all the while growing my emotional connection to the beautiful, forested land.

7. Specifically, I enjoy hiking on the Great Gulf Trail and the Appalachian Trail, both of which abut the project area.

8. The project threatens my ability to enjoy every single one of these hikes. Specifically, the proposed logging will spoil the views; I adore the uninterrupted tree line, gaps from clearcuts would spoil that line. Also, the noise, the smell, and the knowledge of the premature death of all those trees, not to mention the needless displacement of wildlife, will ruin my ability to find peace and solace like I have all these years.

9. I enjoy swimming in the rivers and streams along the hiking trails. Logging threatens the water quality in these waters and my ability to continue to enjoy them.

10. I am concerned that I have not been able to meaningfully participate in the public involvement process due to the Forest Service's failure to provide complete environmental review and analysis of the Peabody West Project.

11. The Forest Service is directly responsible for the injuries I would experience if this project were to proceed.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this [day] of [month, year].

4/30/2024

[Full Name]

Gerald Carman

[Signature]

*[signature]*