# Exhibit C

## DECLARATION OF ELAINE FALETRA

1. I, Elaine Faletra, am competent to testify to all the facts contained in this declaration.

2. I live in Warren, New Hampshire, approximately six miles from Lake Tarleton. I have lived here since 1984 and currently have no plans to move. I plan to continue recreating at Lake Tarleton.

3. I am a member of Standing Trees, and I signed onto the Standing Trees' objection to the Tarleton Project in April 2023.

4. I became aware of the Tarleton Project only a few days before the close of the first public comment period in August 2021. My neighbor texted me a picture of the announcement, which had been posted in a local newspaper, the Vermont Journal Opinion. We had to scramble to submit a comment.

5. I usually visit the lake with my husband, Peter Faletra, and our friends. We visit this lake for its aesthetics, accessibility, and size. Unlike other lakes, Tarleton's perimeter is undisturbed forest, which I find incredibly beautiful. And because Tarleton is the largest lake in the White Mountain National Forest, there is plenty to explore and enjoy on each visit, for several hours at a time.

6. I visit the lake year-round. During all seasons, I hike around the lake and birdwatch. In the quietness of wintertime, I snowshoe and watch as eagles swoop down to take fish left by those who use the lake for ice-fishing. In the summertime, my husband, friends, and I canoe, kayak, and swim on the lake. I like to walk on both ends of the lake; I especially like to walk to the northern part of the lake, near so-called treatment units 7 and 9, where I sit on a lovely granite outcrop. I have witnessed common loons, monarch butterflies, ospreys (which are one of my favorite birds), grebes, bumblebees, Canada warblers, and the occasional peregrine falcon.

7.  I am also a member of the Loon Preservation Committee, an association that is dedicated to restoring and maintaining a healthy population of loons throughout New Hampshire. I have tagged loons on Lake Tarleton before.

8.  One night, I witnessed numerous bats while I was out on the lake. As we shone the light over the lake to locate the loon nests for tagging, innumerable bats flew overhead—I was astounded by their numbers.

9.  The natural environment, including the pristine lake and the beautiful, forested hills, against the backdrop of Mt. Moosilauke, make Lake Tarleton incredibly special to me. It is where I go to experience wilderness.

10. I believe the Tarleton Project's logging will irrevocably harm the lake and surrounding forest.

11. The area's aesthetics will be harmed by the project exposing the high-tension lines in the mountains, which have previously been covered by trees—another quality that is unique to the Lake Tarleton area, compared to other lakes in New Hampshire.

12. My peace and quiet will be disturbed, not only at the lake, but also when I am home with my husband, because we live so close to the project area. I am sure we will hear the noise from the logging trucks and chippers. You can generally hear them from five miles away; we live a couple miles downhill from a fish hatchery where logging occurs, and we can hear the logging from there.

13. My ability to observe wildlife will also be disturbed. The logging—which is scheduled to extend over *at least* the next five years—is bound to disturb resident wintering birds and mammals, such as owls, eagles, ruffed grouse, fox, and bobcats. I am also afraid many birds will be displaced when they migrate back to New Hampshire in the spring.

14. I am likewise concerned that the project will interfere with my ability to canoe, kayak, and swim. Tarleton's exceptional water quality, free of any industrial human impacts, has made it one of my favorite places to go boating. However, the project proposes spraying herbicides to stop the spread of invasive species that is bound to occur once logging begins. Based on what I have read, this herbicide, along with eroded soil dislodged by the heavy machinery involved in logging, threatens to pollute the lake. I am concerned that this could lead to a high concentration of cyanobacteria, which is known to cause incredibly destructive algae blooms. I am concerned that I will no longer be able to canoe, kayak, and swim on the lake due to such water pollution from the project.

15. In the late 1990s, the Forest Service represented to me and others that it would preserve the land around Lake Tarleton. I feel betrayed that the Forest Service has not followed through with its promise.

16. Over the decades that I have visited Lake Tarleton, I have grown incredibly fond of this place. I cherish its scenic quality, the presence of diverse wildlife, and all the recreation I have done here with friends and family. But the Tarleton Project threatens to permanently alter this place and undercut my ability to enjoy it.

17. I swear, under penalty of perjury, that the foregoing is true and correct.

Executed on [Month Day, Year].

April 24, 2024

[Full Name]

Elaine Faletra

[Signature]

Elaine Faletra