# Exhibit D

## DECLARATION OF PETER FALETRA

1. I, Peter Faletra, am competent to testify to all the facts contained in this declaration.

2. I live in Warren, New Hampshire, approximately six miles from Lake Tarleton. I have lived there since 1984 and currently have no plans to move. I plan to continue recreating at Lake Tarleton.

3. I am a member of Standing Trees, and I signed onto the Standing Trees' objection to the Tarleton Project in April 2023.

4. I became aware of the Tarleton Project only a few days before the close of the first public comment period in August 2021. My neighbor texted my wife a picture of the announcement, which had been posted in a local newspaper, the Vermont Journal Opinion. We had to scramble to submit a comment.

5. I visit Lake Tarleton year-round for its aesthetics, accessibility, and size. Unlike other lakes, Tarleton's perimeter is undisturbed forest, which I find incredibly beautiful. I can access the lake easily because the surrounding forest is public land. And because Tarleton is the largest lake in the White Mountain National Forest, there is plenty to explore and enjoy on each visit, for several hours at a time.

6. I usually visit with my wife, Elaine Faletra, and our friends. We hike year-round. In the winter, my wife and I accompany friends who use the lake for ice-fishing. In the summer, we canoe and kayak on the lake, enjoying the location's tranquility and charm.

7. The project area, including so-called treatment units 7 and 9, are right by the trails we hike. I am concerned that the proposed logging will ruin the aesthetics and the tranquility of our hiking experience on those trails. Frankly, the trails will become useless to me because I do not want to encounter logging and roadbuilding while hiking. Similarly,

because I do not want to camp near logging debris and slash, the campgrounds along the trails will be ruined for me, too.

8. Lake Tarleton's pristine water quality is another reason I spend so much time recreating on and by the lake. It is not easy to find similarly clean lakes in New Hampshire. As I will explain in more detail, based on my review of the project record, I am concerned that the logging throughout the project—especially in so-called treatment units 6, 7, 9, and 28—could cause cyanobacteria to bloom in the lake.

9. I learned about the causes and effects of cyanobacteria when I recently performed literature research on cyanobacteria. I am concerned that the research that the Forest Service relies on—scientific data from 30-40 years ago—does not accurately reflect the new developments in cyanobacteria research. I am concerned that Forest Service employees are making decisions based on inadequate understanding of the risks associated with logging.

10. Because treatment units 6 and 9 contain a huge fen, I am especially concerned that logging in those areas could harm the fen and, subsequently, the lake's water quality. This fen is a part of the watershed in this area. If you disturb a watershed that feeds into a pristine lake, you will increase the risk of runoff contaminating the lake.

11. I like to land my canoe or my kayak along the inlets of the lake. I am concerned that the project will cause cyanobacteria to bloom in the inlets on the lake. In addition to impacting the lake's water quality, this will also impact my ability to recreate on the lake.

12. I have witnessed common loons, many bats, monarch butterflies, osprey, an occasional peregrine falcon, and bumblebees at Lake Tarleton. I value the wilderness quality of Lake

Tarleton. I am concerned that the proposed logging will make the area unhabitable to these species, displace them, and ruin my opportunity to witness them going forward.

13. I am familiar with other logging operations that take place a few miles away from me, at a fish hatchery. The logging project there is incredibly loud; I can hear the chippers running from about five miles away. I am concerned that I will be able to hear the noise pollution from the Tarleton Project, including the noise from the logging trucks hauling their loads up and downhill. The project is expected to be implemented over the span of five years. I am concerned that the noise pollution will cause long-term discomfort for my wife and I because the project will create noise pollution for as many years as it is being implemented. Then, I will have to live with the detritus and slash, damage that will be both long-term and, potentially, permanent.

14. Last, but certainly not least, the Forest Service is pursuing this project after promising in the early 2000s to protect this land, after the momentous effort made by the local community state legislators to purchase the land with a goal of achieving permanent preservation. I want the Forest Service to keep their promise.

15. I swear, under penalty of perjury, that the foregoing is true and correct.

Executed on [Month Day, Year].

April 25, 2024

[Full Name]

Peter Faletra

[Signature]