# Exhibit E

## DECLARATION OF ERIC JONES

1. I, Eric Jones, am competent to testify to all the facts contained in this declaration.

2. I live about 3 miles from Lake Tarleton, on land that I have owned for 25 years. I have no plans to move. I plan to continue recreating at Lake Tarleton.

3. I am a member of Standing Trees, and I signed onto the Standing Trees' objection to the Tarleton Project in April 2023.

4. I became aware of the Tarleton Project when the Forest Service sent me a notice about it in the fall of 2019.

5. I am a frequent hiker in the project area. I have seen loons, monarch butterflies, bald eagles, and osprey there. I enjoy observing these species when I hike and am concerned about the negative impacts that the project will have on their habitat, potentially displacing the species and interfering with my ability to continue to observe them while hiking.

6. As I have hiked elsewhere, I have seen the "blots" on the land created by other logging projects. But Lake Tarleton has an untouched tree line, free from any logging. I am concerned that if the logging project proceeds as proposed, Lake Tarleton's unique and undisturbed quality will be lost. I am concerned I will no longer enjoy the same aesthetic value that currently exists.

7. I frequently canoe to the island in Lake Tarleton with my family, and my family uses the beaches of the lake regularly, at least once a month well into the fall. I am concerned that the water quality will be impacted by the logging project and will disrupt my and my family's use of the lake and its beaches.

8. I also own a land trust that abuts the northern boundary of the Tarleton Project area. I purchased this land to conserve and protect the area's heavily forested, wild, and unique scenic values.

9. If the project moves forward as proposed, I believe that the impacts from removing mature trees and similar logging will alter the ecosystem of my land trust and destroy the heavily forested nature that makes the area unique. The connectivity of the forest, which allows for the ecosystem to function as it is supposed to, will be fractured, and destroyed. I will not be able to enjoy the natural environment as before.

10. The Forest Service is directly responsible for the injuries to my aesthetic and recreational enjoyment of this land that I will experience if this project is allowed to continue.

11. I swear, under penalty of perjury, that the foregoing is true and correct.

Executed on [04/22/2024] Earth Day

_Eric Jones_____

[Eric Jones]


_____

[Signature]

*Eric Jones* (signature)