# Exhibit F

## DECLERATION OF REBECCA LOVEJOY

1. I, Rebecca Lovejoy, am competent to testify to all facts contained in this declaration.

2. I live in Lyme, New Hampshire, and I have lived there since 2005. I currently have no plans to move from the area. Lake Tarleton is about thirty minutes south of where I live, and I use the lake and forested area year-round. I plan to continue recreating at Lake Tarleton.

3. I am a member of Standing Trees, and I signed onto the Standing Trees' objection to the Tarleton Project in April 2023.

4. I was alerted to the Tarleton Project by a friend. I was upset by the lack of public outreach for such major changes to public land. I subsequently contacted members of the Abenaki to discuss the project, and I was surprised to hear that they were unaware of the project and that no one from the Forest Service had reached out to them either.

5. I frequently use the forested areas for hiking. I use the lake to canoe and bird watch. I have seen many sensitive species of birds that I believe would be negatively impacted by the project. These include wood warblers and golden-crowned kinglets.

6. I choose to recreate in the Lake Tarleton area because it is the most beautiful and serene lake near me. It is also the wildest area around, and Lake Tarleton has an iconic view that I cannot experience anywhere else. I believe these qualities will be severely diminished if the project is allowed to continue.

7. I am concerned about the impacts that logging will have on the wildlife that I enjoy observing at Lake Tarleton. I have experienced logging processes in other areas; they are extremely loud during all hours of the day, very messy, and leave debris all over the area.

8. I am concerned about the impacts of the project on the water quality of Lake Tarleton. The Lake is pristine and very clean; I have never seen anything like an algae bloom growing or experienced anything that would dissuade me from swimming in it. I believe the impact of the project will ruin the recreational value of the lake for me and friends and family who I love to bring here.

9. The Forest Service is directly responsible for the harm I will experience if this project is allowed to continue.

10. I swear, under penalty of perjury, that the foregoing is true and correct.

Executed on [Month/Day/Year]

_Rebecca Lavejay_
[Full Name]

_[signature]_
[Signature]