# Exhibit G

## DECLARATION OF JAMIE SAYEN

1. I, Jamie Sayen, am competent to testify to all the facts contained in this declaration.

2. I reside in Stratford, New Hampshire, about an hour from the Peabody West project area.

3. I am a member of Standing Trees. I plan to continue recreating in the White Mountain National Forest area for the foreseeable future.

4. I became aware of the project from speaking to my community, as word quickly spread about the dramatic changes the Forest Service was proposing. I also checked online to learn more about the project.

5. I love the White Mountain National Forest because I believe it is one of the most beautiful places in the country. I especially love the uninterrupted wilderness areas.

6. For decades, I have hiked and backpacked near and, at times, within the project area. I have an emotional connection to this place.

7. I enjoy hiking and backpacking on the Great Gulf Trail, which abuts the project area. A few times, I have hiked and backpacked within the project area. I am worried that the views from or the experience of the trail will be spoiled if the Forest Service proceeds with the logging. Those views are incredibly special to me. The logging threatens my continued enjoyment of the views from and my experience on the Great Gulf Trail.

8. I am worried that my remote wilderness experience on the Great Gulf Trail will be spoiled by the logging, the machinery, the noise, and the knowledge that all around me the forest is being destroyed.

9. I also enjoy observing wildlife, such as the birds. The logging and roadwork threaten to displace the wildlife and thus threatens my ability to observe them going forward.

10. The Forest Service is responsible for the injuries I would experience if this project proceeded.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this [day] of [month, year].

25 April, 2024

[Full Name]

James Reginald Conyers Sayen

[Signature]

*James Reginald Conyers Sayen*