# Exhibit H

## DECLARATION OF NATALIYA SUNDINA

1. I, Nataliya Sundina, am over the age of 18, and I am competent to testify to all facts contained in this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am providing this declaration in support of Plaintiff Standing Trees. I am a member of Standing Trees.

3. I live in Sugar Hill, New Hampshire, which is approximately an hour and fifteen minutes from the project site. I have been visiting the Peabody West project area and the adjacent parts of the White Mountain National Forest since 1997. I travel to the Peabody West project area and the adjacent forest at least five and up to ten or more times per year. I visit the forest year-round.

4. I hike in and around the project area—on the Appalachian Trail, the Great Gulf Trail, and many more. I also camp in the area, and I've camped in the Great Gulf Wilderness.

5. I choose to recreate in and around the Peabody West area for its uniquely natural qualities. This forest is a special place that helps me connect with nature. Both the lack of human presence and the aesthetic that is untouched by humans draws me to this place over and over again. It is crucial to my enjoyment of the forest that there are little to no signs of humans.

6. I have completed the popular hiking project, "New Hampshire's 48 4,000-Footers," including the many summits that either overlook the proposed project area or have trails traversing or adjacent to the project area. I plan to continue hiking these trails in the future.

7. I am currently working on a lesser-known project, the "Terrifying 25," which includes the Six Husbands Trail, a trail through the Great Gulf Wilderness.

8. I plan to hike the "52 With a View" in the future, which includes Pine Mountain, another trail with scenic characteristics will be seriously degraded by the Peabody West project.

1

NS 10/03/24

9. My reasons for choosing the Peabody West area to recreate in include the many benefits the natural forest offers. This includes physical properties, like the fresh, clean air; scenic qualities, which I enjoy from the many summits that overlook the project area; spiritual value that I derive from the connection I have with the forest, which is only possible to conceive of due to the forest's untouched-by-humans quality; and the aesthetic value of being immersed in and capable of reconnecting with nature. The Peabody West area provides natural forest, allowing me to disconnect from the residential, commercial, and industrial land uses that dominant the land uses outside of the Peabody West project and surrounding areas.

10. The Peabody West area is surrounded by the highest mountains of New England, and I cannot imagine nor comprehend that instead of nurturing and protecting the area, the Forest Service will leave hikers without so many beloved trees by conducting this project.

11. During my numerous hikes in this area, I have witnessed many different species of birds, including the Bicknell's Thrush. I have also witnessed ospreys and butterflies in and near the project area.

12. I understand that the Forest Service is directly responsible for authorizing the Peabody West project, including logging magnificent trees that are more than a hundred years old. If allowed to proceed as authorized, this logging will irrevocably harm the forest and my physical, spiritual, and aesthetic enjoyment of the forest.

13. The area's aesthetics will be harmed by the proposed logging in the project. One of the very reasons for completing the New Hampshire 48 4,000-footers and continuing to hike these trails is to enjoy the views at the top of each summit. The views from the tops of surrounding summits of, for example, the Carter-Moriah Range (Mount Moriah, Imp mountain,



and the south, middle, and north sections of Carter Mountain) will be degraded by the proposed logging in this project.

14. Not to mention, my ability to connect with nature will be impeded by the ongoing project. One of the principal reasons I choose the Peabody West and surrounding areas for hiking is for the peace and quiet in those areas, which are separate from humankind's industrial activities. But in the presence of logging trucks and chippers, my recreational, spiritual, and aesthetic enjoyment of the land will be rendered void. Seeing as logging is proposed to take place year-round, there will be no respite from this noise for recreationists like me.

15. Because I visit the project area at least five but up to ten or more times per year, my use of the land will be directly harmed by the Peabody West project.

16. Throughout my life, since 1997, I have visited the forest that the Forest Service proposes to log. I have developed a deep connection with the land and all of its attendant species, and I cherish the physical, spiritual, and aesthetic properties of this land. But the Peabody West project threatens to permanently alter this place and jeopardize my ability to enjoy it.

17. I plan to continue visiting the forest in and around the Peabody West project area for the foreseeable future.

18. I swear, under penalty of perjury, that the foregoing is true and correct.

Executed on [Month Day, Year]

*Nataliya Sundino*

[Full Name]

_____

[Signature]

10/03/24

3