# Exhibit I

## DECLARATION OF MICHAEL WIPFLER

1. I, Michael Wipfler, am competent to testify to all the facts contained in this declaration.

2. I co-own Kingswood Camp, which sits on the shore of Lake Tarleton, at 949 New Hampshire Rte. 25C, Piermont, NH 03779. My family has owned the camp since 1985. Throughout the year, I work "behind-the-scenes" to find counselors who will be great teachers and role models for the campers. During the summers, I serve as the program director, supervising all aspects of the day-to-day operations.

3. I live at Kingswood Camp in the summer, and in Middleburg, Virginia for the rest of the year. I have no plans to stop recreating at Lake Tarleton.

4. I am a member of Standing Trees. I signed onto Standing Trees' objection to the Tarleton Project for reasons I will explain shortly.

5. I learned of the Tarleton Project from my brother, who attended the Forest Service scoping meeting in Warren, NH in 2019.

6. My family was careful to choose a pristine location for Kingswood Camp because our goal is to encourage children to explore and enjoy the outdoors, out on the lake and up in the mountains. Many other lakes are rimmed with houses, but not Lake Tarleton. As a result, our camp is in a spectacular setting, right on the shore, encircled by the forest, with a stunning view of Mount Moosilauke. At night, we cannot see any lights across the lake.

7. Lake Tarleton is also the largest lake in the White Mountain National Forest. Its size makes it special to our camp community.

8. Personally, I have used Lake Tarleton since I was a child to swim, kayak, canoe, water ski, windsurf, snorkel, and observe wildlife including the common loon. I also hike in the surrounding forest.

9. The project may significantly reduce my intense connection with this lake and land.

10. I am especially concerned for the health of the intermittent and perennial streams that sit above the lake's northeast border, where I hike the most.

11. I worry about the impacts of storm runoff from logging, especially during strong summer storms. After these storms, the intermittent and perennial streams on the lake's eastern side have high flow rates. With soil disturbances and the loss of root systems from logging surrounding the streams that lead into the lake, there will be significant sedimentation near the mouths of these streams. We have seen this routinely in the last decade, with torrential downpours and huge runoffs nearly every summer (especially 2016, 2021, and 2023). This project does not include riparian buffer zones or other protections to keep the runoff from the proposed logging out of these waterways. Because the project lacks these protections, I am concerned it will cause huge amounts of sedimentation resulting from the storm runoff to flow unobstructed through these streams into Lake Tarleton. This may reduce water clarity and even cause algae blooms in the lake. Reduced clarity, in turn, would disrupt activities I love, like snorkeling. Similarly, an algae bloom may make it unsafe to use the lake for long stretches of time.

12. Kingswood Camp is cherished by those who attend and work at the camp. Campers, camp staff, and camp families—roughly 300 people—are devoted to this place, and they return year after year.

13. Campers, families, and staff use the lake and its surrounding forest for timeless camping activities like those I have enjoyed since childhood. Campers hike on trails, including the one along Charleston Road. I am concerned that, if the project continues, there will be

areas of clearcut forest along the trails where we hike. This will impact the view from the trails and mar the uniquely pristine nature of the lake and surrounding forest.

14. Campers also enjoy swimming, water skiing, snorkeling, and otherwise recreating in the lake. I believe and am concerned by the fact that this project imperils the water quality of Lake Tarleton, which will impact the campers' health and ability to use the lake in the summer.

15. Campers also enjoy the area's pristine aesthetics, including the opportunity to observe wildlife. If logging occurs as proposed, campers, camp families, and camp staff will lose the quality of the natural environment they have come to value so much.

16. The people who have attended Kingswood Camp in the past have formed heartfelt bonds with the area's uniquely pristine natural environment. Most of our counselors are former campers, and their cumulative Kingswood experience exceeds 700 summers. This environment is deeply significant to many, if not all, of the people who have camped here. I am concerned that the degradation of this land will prevent future bonds with the land and impair or destroy those deeply held connections.

17. Another major attraction of Lake Tarleton is its wildlife. Campers regularly see bald eagles, ospreys, and common loons. The presence of the common loons is a major attraction because their calls are beautiful and add to the aesthetic beauty of the lake. Kingswood Camp works closely with the Lake Tarleton Association, and we have had speakers from the Loon Preservation Committee share their knowledge about these stunning creatures. I am concerned their ecosystem and food chain may be imperiled by intense logging and degradation to Lake Tarleton's water quality.

18. In addition to Kingswood Camp, my family also rents the venue out for weddings in the fall. If logging commences, this will irreparably damage our family's wedding business. Kingwood Camp advertises providing unobstructed and untouched views across the lake. If the forest is marred by visible clearcut portions, the viewshed provided for a wedding backdrop would lose its unique value.

19. If the Forest Service proceeds with the project as proposed, clearcuts will ruin the exceptional, uninterrupted tree line and wilderness feel around the lake. Campers, camp staff, and camp families will either stop coming or lose access to the wide-ranging benefits—aesthetic, recreational, educational, and spiritual—of our pristine location and forty-year tradition.

20. The Forest Service is directly responsible for the injuries my business and I would experience if this project were to proceed.

21. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this [day] of [month, year].

26th of April, 2024

[Full Name]

Michael Wipfler

[Signature]

*Mike Wipfler*