# Exhibit J

**DECLARATION OF ROBERT WIPFLER**

1. I, Robert Wipfler, am competent to testify to all the facts contained in this declaration.

2. The Kingswood Camp has been in my family since 1985—nearly 40 years.

3. I am a co-owner of the Kingswood Camp, located at 949 New Hampshire Route 25C, Piermont, New Hampshire 03779. My brother, Michael Wipfler, is my fellow co-owner. I have been a full-time director at the camp for 12 years in addition to living and working at the camp since I was a child.

4. I currently reside in Lyme, New Hampshire, which is a brief, 20-mile drive to the camp. Currently, I have no plans to move from the Lyme-Piermont area.

5. I am a member of Standing Trees, and I signed onto the Standing Trees' objection to the Tarleton Project in April 2023.

6. I became aware of the Tarleton Project in 2019, shortly before I attended the project's first scoping meeting, in Warren, New Hampshire. I also coordinated and hosted an informational meeting at Kingswood Camp, where I invited the Forest Service to present on the project on November 3, 2021. I submitted two comments during May 2022. I also tuned in to view the Objection Meeting that occurred in June 2023.

7. I regularly use Lake Tarleton and the surrounding forest for swimming, boating, fishing, and hiking. I often see common loons, mayflies, monarch butterflies, ospreys, peregrine falcons, and yellow-banded bumblebees in the area. I have occasionally observed bats in the forest.

8. Similarly, thousands of youths have come to camp here—approximately 250 to 270 each summer—for the area's unique recreational and aesthetic values. As I will explain, the pristine environment is perfect for campers to explore a wide variety of outdoor activities, wildlife observation, and tree and plant identification.

1

9.  Campers use Lake Tarleton daily to swim, waterski, windsurf, sail, snorkel, and fish. Each

    camper spends at least one hour per day in or on the water, and they often spend longer. It is

    safe to say the heart of the camp experience is the lake and its pristine water quality. But the

    experience would be ruined by algae blooms and other pollution associated with the

    industrial logging proposed by the project.

10. Campers also hike, observe wildlife, and otherwise recreate in the forest and on the trails

    within the project's so-called treatment units 7, 9, 29-31, and 34-36. The proposed logging in

    these areas may impair campers' ability to observe wildlife and otherwise enjoy the aesthetic

    value of the surroundings. Moreover, unit 7 is right by campsites, so we risk losing those

    sites to the pollution (light, noise, etc.) from the Tarleton Project.

11. The project's so-called treatment units 7, 9, 29-31, and 34-36 cover exceptional trails. Known

    as the Tarleton Club Trails, they hold remarkable historical value because they are over 100

    years old. They lead to Lake Constance, Freddy's Pond, the Manning Plaque (Memorial) on

    Aloha Hill, and the Lund Cemetery. In fact, they circumscribe the entire lake. Logging near

    or on these trails could render them impassable, or worse, destroy them altogether.

12. Additionally, so-called treatment units 7, 9, 29-31, and 34-36 overlap with a hike that

    campers take along Charleston Road. Should these units be logged as proposed, the soil and

    forest health are bound to be harmed, including flora and fauna long enjoyed by campers on

    their hikes.

13. Kingswood Camp extends beyond the summer. For example, in the fall we host children

    from Boston for a wilderness retreat and serve as a wedding venue. Like the summer

    campers, the children from Boston and the wedding parties come for the area's recreational

    and aesthetic values. Couples who rent the venue for weddings emphasize how much they

2

care for the forest's scenic integrity, especially the uninterrupted tree line. Couples are married right on the shore of the lake.

14. I have also worked hard to ensure that Kingswood Camp provides a sense of community not only to the campers and other patrons, but also to the staff, which consists of as many as 80 people between the months of June and August. This community is particularly important to me because we share an immense appreciation for this water and this land.

15. Kingswood Camp is the second largest taxpayer in Piermont, New Hampshire. The camp averages a gross revenue of $2 million per year. The gross revenue we generate from weddings averages $100,000 per year. The camp and its wedding services attract many people from out of the area who patronize Piermont businesses including restaurants, grocery stores, pharmacies, hotels, and Airbnbs.

16. I am concerned that the project will prevent my personal enjoyment of Lake Tarleton, the surrounding forest, and the camp community, all of which contribute to my mental, social, and spiritual well-being. And all this stems from this being a place without industrial human activity, such as the logging proposed in the project.

17. I am concerned that the project will disturb camp activities and lessen the aesthetic and recreational value to campers, our other patrons, and the camp community.

18. I am particularly concerned that the project will impair the lake's water quality, precluding the water-based activities that are the heart of the camp experience.

19. I am concerned that the Tarleton Project will jeopardize my business's viability. The project clearly could harm the aesthetic and recreational values of Lake Tarleton and the surrounding forest. In turn, Kingswood Camp's annual attendance may drop substantially, jeopardizing the camp's future and my livelihood.

20. I am concerned that the logging proposed by the project will negatively impact the business that Kingswood Camp brings in from booking weddings. If the view of the forest around Lake Tarleton is despoiled, or if the water quality is negatively impacted, or if the peaceful tranquility of unperturbed natural environment is polluted with the noise of buzzsaws and heavy machinery, prospective newlyweds may choose to take their business elsewhere when they otherwise would have chosen Kingswood Camp as the venue for their wedding.

21. The project could negatively impact my business, driving down camp attendance, school field trips, and wedding events. Moreover, the project could jeopardize the community that I've built at Kingswood Camp. Most significantly, this project could weaken or totally destroy the physical, emotional, mental, and spiritual connections that I and so many others have cultivated with this uniquely pristine and deeply cherished natural environment.

22. I swear, under penalty of perjury, that the foregoing is true and correct.

Executed on [Month Day, Year].

March 28, 2024

[Full Name]

Robert Daniels Wipfler

[Signature]

4