# Exhibit K

## DECLARATION OF PETER ASCHER

1. I, Peter Anthony Ascher, am competent to testify to all the facts contained in this declaration.

2. Since 2006, I have lived in Piermont, New Hampshire, on a five-acre lot overlooking the northwest end of Lake Tarleton.

3. I am a member of Standing Trees, and I signed onto the Standing Trees objection to the Tarleton Project in April 2023.

4. My wife, Robin Sadek Ascher, and I purchased our property to live and raise our children here. We have expended significant resources on renovations and other improvements.

5. From our home, which sits atop a hill, we can see Lake Tarleton and much of the gently sloping land surrounding it. I am concerned about the project's aesthetic impacts, especially several proposed "treatment" units that will be clearly visible from our home.

6. In 1992, my three sons began attending the Kingswood Camp every summer, and we plan for future generations of our family to continue attending the camp. I am concerned, however, that project-related activities will interfere, forcing the camp to close temporarily if not permanently.

7. My wife and I swim in and boat on the lake for most of the year. We enjoy hiking on many nearby trails. We host family reunions and other events to share these beloved activities with family and friends. But I would no longer feel comfortable living here or inviting others if the proposed logging proceeds to pollute our pristine environment. I am especially concerned that the project will introduce invasive weeds, like those found in

1

many surrounding waterbodies, including Lakes Morey, Fairlee, Winnipesaukee, and Squam.

8. I serve as the volunteer treasurer for the New Hampshire Lakes Association's Lake Host program for Tarleton. This program broadly aims to protect the ecology and recreational opportunities on waterbodies by preventing the spread of invasive plant and animal species from one waterbody to the next. So far, we have successfully prevented the spread of such invasives to Tarleton.

9. As part of this program, I regularly take water-quality samples from Tarleton, so I have first-hand knowledge of the high quality of this lake.

10. I am concerned that the Forest Service's approach to the probable weed infestation from the project is to spray herbicide. The false choice—between spreading invasive species or spraying herbicide, both of which would be largely unprecedented in Tarleton—does not seem acceptable to me. I am concerned that either option will degrade water quality and, by extension, will diminish my family's ability to safely recreate without adverse health consequences.

11. Similarly, I am concerned that the Forest Service has not adequately considered the potential negative impacts from the project's recreation-related additions. Tarleton's current water quality has been protected by low recreational use relative to other regional waterbodies. I am concerned that increased recreational use—anticipated due to the project's design—will increase the risk of introducing and spreading invasive species to the lake. Although I would generally welcome an increase in visitor traffic to the lake

if the Forest Service had first considered the potential risks of such an increase and explored methods for effectively mitigating such risks, the fact that the Forest Service has so quickly dismissed the community's concerns is troubling to me.

12. In 2001, the Forest Service represented to me and others that it would preserve the land around Lake Tarleton. I feel betrayed because the Forest Service has not made good on this promise.

13. Because my wife and I continue to love this area and have raised our family here, we intend to remain living here as full-time residents for the foreseeable future. The Tarleton Project, however, has undermined our reasonable expectations and threatens what we thought would remain an idyllic, protected place.

14. I swear, under penalty of perjury, that the foregoing is true and correct.

Executed on [Month Day, Year].

APRIL 22, 2024

[Full Name]

PETER ASCHER

[Signature]

*[signature]*