UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STANDING TREES, INC._____Plaintiff,_____v._____UNITED STATES FOREST SERVICE, *et al.*,_____Defendants. | Case No. 1:24-cv-00138-JL-TSM |

### DECLARATION OF STACY LEMIEUX

I, Stacy Lemieux, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am employed by the United States Department of Agriculture, United States Forest Service as the Natural Resources Staff Officer for the White Mountain National Forest. I previously submitted declarations certifying the Administrative Record for the Tarleton Integrated Resource Project and the Peabody West Integrated Resource Project, which are the subject of this litigation. DN 9-1, DN 13-1.

2. The Forest Service recently identified two errors in the Administrative Record and is correcting them here.

3. First, the Forest Plan (PBWTAR_3405-3611) inadvertently omitted Appendices A through H. They are Bates numbered PBWTAR_17839 through PBWTAR_17905.

4. Second, PBWTAR_9278-9290 is a draft document. The final document is Bates numbered PBWTAR_17906 through PBWTAR_17918.

5. The corrected documents are in pdf format and are searchable to the extent practical.

6.  I certify to the best of my knowledge that the documents identified in this declaration are materials that have been considered, either directly or indirectly, for the associated agency actions in the above-captioned case.

7.  I further certify to the best of my knowledge that the documents identified in this Declaration are true and correct copies of the documents that comprise the Administrative Record for the Tarleton Integrated Resource Project and the Peabody West Integrated Resource Project.

8.  The additional documents are attached as exhibits to this notice and are being filed on ECF. The updated Administrative Record is also available to counsel for Plaintiff via an electronic link to Pinyon/Box folders where the record can be downloaded.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 31, 2024

STACY LEMIEUX
Digitally signed by STACY LEMIEUX
Date: 2024.10.31 06:14:36 -04'00'

Stacy Lemieux
United States Forest Service