# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

STANDING TREES, INC.,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE, *et al*.,

    Defendants.

Case No.: 1:24-cv-00138-JL-TSM

## MOTION FOR EXTENSION OF TIME TO FILE AMICUS BRIEF

The Society for the Protection of New Hampshire Forests (the "Forest Society"), by counsel, as prospective *amicus curiae*, respectfully request that the Court grant this Motion and extend the deadline to file an amicus brief, as follows:

1. On August 22, 2024, the Court issued a Scheduling Order setting November 7, 2024 as the deadline to file amicus briefs in this case.

2. The Amici intend to file one amicus brief in collaboration with other organizations.

3. However, midday yesterday, November 6, 2024, undersigned counsel became aware of a potential conflict of interest in moving forward with their representation of the prospective *amicus curiae*.

4. To give undersigned counsel time to resolve this potential conflict, the prospective *amicus curiae* respectfully requests that the Court extend the deadline to file an amicus brief by one (1) week, to Thursday, November 14, 2024, and that the court issue its order on this motion prior to the end of today, November 7, 2024.

5. Counsel for the Defendants assents to this extension.

1

6. Counsel for the Plaintiff takes no position on this Motion.

**WHEREFORE**, the Amici respectfully request that this honorable Court:

A. Grant this Motion and extend the deadline for the Amici to file their amicus brief to Thursday, November 14, 2024; and

B. Grant such and further relief as may be just.

Respectfully submitted this 7th day of November, 2024.

**THE SOCIETY FOR THE PROTECTION OF NEW HAMPSHIRE FORESTS**

By its Attorneys,

BCM Environmental & Land Law, PLLC

/s/ Amy Manzelli, Esq.
By: Amy Manzelli, Esq.
NH Bar No. 17128
3 Maple Street
Concord, NH 03301
603-225-2585
manzelli@nhlandlaw.com

/s/ Timothy Kopczynski, Esq.
By: Timothy Kopczynski, Esq.
NH Bar No. 276189
kopczynski@nhlandlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2024, I served the foregoing document electronically through ECF upon all parties of record.

/s/ Amy Manzelli, Esq.
Amy Manzelli, Esq.