## UNITED STATES DISTRICT COURT
## FOR THE DISRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STANDING TREES, INC.,<br>         Plaintiff,<br><br>     v.<br><br><br>UNITED STATES FOREST SERVICE, *et al.*,<br>         Defendants. | Case No. 1:24-cv-00138-JL-TSM |

**STATE OF NEW HAMPSHIRE'S MEMORANDUM OF LAW, AS *AMICUS CURIAE*, IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**I.      Statement of Interest**

As set forth in the State's motion for leave to file as *amicus curiae*, if upheld, the proposed management activities at issue in this case will occur entirely within the State of New Hampshire ("State"). These proposed activities are part of a larger plan governing management of the entire White Mountain National Forest entitled "White Mountain National Forest Land and Resource Management Plan" ("Forest Plan"). Both the State and a great number of its citizens worked very closely with the United States Forest Service ("U.S. Forest Service") in the development of this plan.

By impacting forestry practices in New Hampshire, the Court's decision will have a significant financial impact on the State in terms of revenue from timber harvesting, which provides an important wood supply to local and regional mills and supports logging and trucking jobs in rural communities. In addition, it will also either sustain or impede the ability of the State, in coordination with the U.S. Forest Service, to manage vital New Hampshire forests in a manner that promotes sound forest health and provides needed new-growth habitat essential for a

variety of species, all in a manner consistent with the Forest Plan. Promoting forest health and wildlife habitat are important priorities for the State and its citizens.

## II.     Statement of Facts

This case involves the proposed Peabody West and Tarleton projects located in the White Mountain National Forest. The relevant facts have been set forth by the parties and the State will not reiterate them. However, the State highlights a few additional facts for the benefit of the Court. The White Mountain National Forest ("WMNF") covers roughly 800,000 acres comprising approximately 17 percent of New Hampshire's forested landscape. The State, through its Department of Natural and Cultural Resources, manages approximately 220,000 acres of reservations and state-owned forestlands within New Hampshire guided by the New Hampshire Forest Action Plan. AR 10031 (letter from Partick D. Hackley of the New Hampshire Department of Natural and Cultural Resources to Brook Brown of the U.S. Forest Service). As stated in the letter, the goals of the Tarleton project "are entirely consistent with the goals identified in our 2020 *Statewide Forest Action Plan*." The letter further enunciates how "specific project-level objectives" of the project "are consistent with the multiple use approach that we practice on state lands."

Similarly, the State, through its Fish and Game Department, conserves, manages, and protects the State's fish, wildlife, and marine resources. *See* N.H. RSA chapter 207, *et seq*. While the Tarleton and Peabody West projects will result in certain economic benefits, the State believes that the proposed activities are essential for wildlife habitat management and overall forest health. *See* AR 11806 (letter from Karen A. Bordeau of the New Hampshire Fish and Game Department to Brooke M. Brown of the U.S. Forest Service). As described in the letter, the New Hampshire Fish and Game Department supports the proposed active forest management to maintain and regenerate certain habitat types in support of a variety of wildlife species. *Id*.

Even if there were no economic benefit associated with these activities, the State would prefer the proposed Peabody West and Tarleton management activities over a no-action alternative purely from an ecological perspective.

### III.     Argument

For the reasons stated below, the State believes that the Petitioners' have misinterpreted the requirements needed to proceed with the Peabody West and Tarleton projects. The State believes that the U.S. Forest Service has adequately investigated and considered the environmental impacts of the proposed projects. In order to avoid duplication, the State intends to address only specific portions of the issues raised in the Plaintiff's motion for summary judgment related to wildlife habitat and consistency with the Forest Plan.

#### A.     The Projects Support Important Forest Plan Habitat Goals

As stated in the Environmental Assessments, one of the primary stated goals of both projects is to "improve wildlife habitat diversity within the [respective] HMU[s], thereby helping to achieve the desired future conditions for wildlife …." AR 4877 (Peabody); AR 11973 (Tarleton). This goal is consistent with, and in furtherance of, the wildlife goals in the Forest Plan. AR 3433–34 (Forest Plan at 1-20–1-21). The State agrees that the HMUs "are not currently meeting MA 2.1 habitat composition and age class objectives" set forth in the Forest Plan. AR 4877; AR 11973. Indeed, the project areas lack good habitat diversity to support the full suite of wildlife species that can occur in these areas of the state. More to the point, the projects are designed to improve these habitat deficiencies through a range of silvicultural treatments. AR 4881; AR 11976.

It is well established that a diversity of habitats is necessary to maintain a diversity of wildlife. While MA 2.1 is dominated by mature or maturing trees, AR 3434, the projects will help diversify the wildlife habitats on the forest by providing patches of young forest that are

needed by a wide range of New Hampshire's wildlife. At least 35 species of greatest concern in New Hampshire benefit from young forest habitat. *See* 2015 New Hampshire Wildlife Action Plan ("2015 WAP"), available at: https://www.wildlife.nh.gov/wildlife-and-habitat/nh-wildlife-action-plan/swap-2015 (last accessed November 6, 2024). As New England forests age, creation of younger successional habitat in key places is needed to provide essential food and cover for certain species of wildlife whose numbers are dwindling, including New Hampshire's iconic moose. In fact, a key action identified in the 2015 WAP to address declining moose populations is to "[a]djust cutting practices in targeted areas to increase browse opportunity or places of refuge for moose." *Id.* at Appendix A Mammals-7. Moreover, while cited as "important for all lands," increased timber harvests including clear cuts is "most needed on federal lands in the White Mountain National Forest where cutting targets are not being met." *Id.*

In addition to creating younger successional habitat, the proposed harvests are targeted to support maintenance or regeneration of habitat-valuable tree species, such as oak, beech, and spruce. AR 4882–85; AR 11978–80. Oak, for example, is an extremely important food source for New England wildlife, with upwards of 200 vertebrate species using northern red oak stands for food or cover. This represents approximately three-quarters of the total number of species in New England. *See Leak, W.B., et al.*, 2017, Ecology and Management of Northern Red Oak in New England (University of New Hampshire Cooperative Extension, Durham, NH) at 31, available at: https://extension.unh.edu/sites/default/files/migrated_unmanaged_files/Resource006927_Rep9991.pdf (last accessed November 6, 2024). Promotion of oak through the silvicultural treatments proposed in the projects will have significant wildlife benefits consistent with the Forest Plan.

Regeneration and promotion of other underrepresented species will have similar significant wildlife benefits.

Similarly, areas targeted for single tree selection or thinning will help increase the complexity of vertical vegetative structure, providing excellent wildlife cover not only in the tree canopy, but also in the understory and midstory, particularly for bird species. *See DeGraaf, R.M., et al.*, 2005, Landowner's guide to wildlife habitat; forest management for the New England region (University of Vermont Press, Burlington, VT) at 26–27, available at: https://www.fs.usda.gov/nrs/pubs/jrnl/2005/ne_2005_degraaf_001.pdf (last accessed November 6, 2024).

A no action approach, as advocated for by Plaintiff, would not achieve the many habitat benefits that these projects will create. Ultimately, "[i]ncreasing wildlife diversity on your land through creation of a shifting patch-work of habitats over time entails timber harvest." *Id.* at 21. Indeed, natural processes are no longer sufficient to maintain a healthy successional forest with diverse wildlife habitat, requiring human intervention. *Id.* at 12–13. The U.S. Forest Service correctly determined that in "the absence of management action," through the proposed projects, "[d]iversity of age and structure in the HMU would remain relatively limited, and a wildlife habitat objective of the Forest Plan would not be met as wildlife habitat diversity would continue to decline." AR 4897; AR 11975. Far from a violation of the Forest Plan, the challenged projects are consistent with and would fulfill an important goal of the Forest Plan by promoting diverse wildlife habitats in the project areas and thereby support diverse wildlife populations in New Hampshire.

### B. Appropriate Forest Management Is Critical to Maintaining Forest Health

In addition to enhancing wildlife habitat, active sustainable forest management is critical to maintaining a healthy and resilient forest ecosystem. Forests with stands of diverse age classes and a mix of species are more resistant to disease and invasive species, less susceptible to catastrophic losses, and ultimately more resilient to the impacts of climate change. By contrast, increased overgrowth without natural disturbance regimes, and reduced seedling and nursery stocks through lack of active management leaves forests vulnerable to disease and weather damages. The Forest Plan was developed following extensive analysis and public input to manage the WMNF to maximize age class and species diversity, and thereby, overall forest health and resilience. A hands-off approach or purposeful lack of management will not support a healthy sustainable forest.

As set forth in the Forest Plan, species composition objectives are identified to achieve important habitat and forest health goals. AR 3434 (Forest Plan at 1-21). Similarly, the Plan establishes age class objectives to maintain the forest's long-term health and sustainability. *Id.* Allowing the Peabody and Tarleton HMUs to continue to move toward increasingly mature age classes will not meet these Forest Plan goals and will eventually lead to a less healthy and diverse forest. Plaintiff's challenges to the Peabody West and Tarleton projects are unhelpful to the continued prosperity of the WMNF and the many uses and benefits it supports.

### IV. Conclusion

For the foregoing reasons, the State asks the Court to rule in favor of the Defendants and deny the relief sought by the Plaintiff.

                Respectfully Submitted,

                THE STATE OF NEW HAMPSHIRE

                By Its Attorneys,

                JOHN M. FORMELLA
                ATTORNEY GENERAL

November 7, 2024          */s/ Christopher G. Aslin*
                Christopher G. Aslin, N.H. Bar No. 18285
                Senior Assistant Attorney General
                Environmental Protection Bureau
                New Hampshire Department of Justice
                1 Granite Place South
                Concord, NH 03301
                (603) 271-3679

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 7, 2024, I served the foregoing document electronically through the ECF system upon all counsel of record.

                */s/ Christopher G. Aslin*
                Christopher G. Aslin