UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STANDING TREES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No.: 1:24-cv-00138-JL-TSM |

**MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS ON CROSS MOTIONS FOR SUMMARY JUDGMENT**

The Society for the Protection of New Hampshire Forests (the "Forest Society"), the Appalachian Mountain Club ("AMC"), the New Hampshire Wildlife Federation ("NHWF"), the Audubon Society of New Hampshire ("NH Audubon"), the New Hampshire Timberland Owners' Association ("NHTOA"), the Northern Forest Center ("NFC"), the Ruffed Grouse Society & American Woodcock Society ("RGS & AWS"), the Granite State Division of the Society of American Foresters ("GSD-SAF"), the Nature Conservancy ("TNC"), and Charles Niebling (collectively referred here, and in the contemporaneously filed Memorandum, as the "Amici"), move, as *amicus curiae*, to file a memorandum in support of the Defendants' claims and defenses.  In support hereof they state:

1. The Amici are filing their memorandum contemporaneously with this Motion, consistent with the deadline and other requirements set forth in the Court's Scheduling Order (Doc. 12-1) and its Order of November 7, 2024 (granting the request to extend amicus filing deadlines to November 14, 2024, filed by the Forest Society).  In support of this Motion, the Amici incorporate and reference their contemporaneously filed Memorandum, detailing their

1

interests in the White Mountain National Forest, and the Tarleton and Peabody West projects at issue in this case.

2. As set forth more completely in their Memorandum, although each Amici is a distinct entity with its own mission and/or vision,[1] two common threads bring them together in support of the Defendants: responsible, science-based stewardship of national forest land and the White Mountain National Forest ("WMNF") in particular, and the integrity of the forest management planning process. Whether for aesthetics and scenic enjoyment, recreational use, wildlife habitat conservation, environmental protection, or responsible forestry, the Amici have an interest in seeing the forest stands at issue properly managed to ensure the ecological health, integrity, perpetuation, and appropriate use of the WMNF. While the Amici may differ in their emphasis, they all agree that forest management is a critical tool for achieving their diverse interests.

3. The Amici have made every effort to ensure that their memorandum does not merely duplicate the filings submitted by the Defendants.

4. There are no federal district court rules regarding participation as *amicus curiae*. However, other district courts have held that the Court has broad discretion to allow parties to participate as *amicus curiae* even though no rule specifically provides for it. *Martinez v. Capita*, 909 F.Supp. 283, 286 (E.D. Pa. 1995). In this case, the Joint Case Management Plan, Doc. 8-1 contemplates participation by amicus parties, including, expressly, one of the above-named Amici, the New Hampshire Timberland Owner's Association. *See* Doc. 8-1 at 4. The N.H. Timberland Owner's Association has joined with the Forest Society and the other Amici to conserve the Court's resources by filing one joint brief, expressing their common support of the

---

[1] In the interests of efficiency, the Amici have not provided substantial information about each individual amicus. Should the Court find such information helpful, Amici would gladly provide it upon request.

Defendants' Forest Plan, the Tarleton and Peabody West Projects, and the Defendants' position in the pending summary judgment motions.

5. Neither the Defendants nor the Plaintiff take a position on this Motion.

**WHEREFORE**, the Amici respectfully request that this honorable Court:

A. Accept the amicus brief contemporaneously submitted by the Amici, including its ten exhibits; and

B. Grant such and further relief as may be just.

Respectfully Submitted,

**THE SOCIETY FOR THE PROTECTION OF NEW HAMPSHIRE FORESTS, ET AL**

By its Attorneys,

ORR & RENO, P.A.

November 14, 2024    By:    */s/ Jeremy D. Eggleton*
Jeremy D. Eggleton, Esq. (NH Bar #18170)
45 South Main Street
P.O. Box 3550
Concord, NH  03302-3550
Phone:  603-224-2381
Fax:     603-224-2318

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served, this day, electronically through ECF upon all parties of record.

*/s/ Jeremy D. Eggleton*