UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

STANDING TREES, INC.,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE, *et al.*,

    Defendants.

Case No.: 1:24-cv-00138-JL-TSM

### DECLARATION OF MATTHEW LEAHY IN SUPPORT OF *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS

I, Matthew Leahy, declare under the pains and penalties of perjury that:

1. I am the Public Policy Director of the Society for the Protection of New Hampshire Forests ("Forest Society"), an *amicus curiae* in this matter.

2. Exhibit 1 to the Amicus Curiae Brief filed by the Forest Society and others is a February 19, 1998 letter from Robb Thomson, N.H. Commissioner of the Department of Resources and Economic Development to Donna Hepp, Forest Supervisor of the White Mountain National Forest ("WMNF") concerning the expansion of the WMNF to encompass 2,242 acres around Lake Tarleton. This letter is a matter of public record and part of the Forest Society's archives.

3. Exhibit 2 to the Amicus Curiae Brief is a public fact sheet published by the Trust for Public Lands, which assisted in negotiating the acquisition of the Lake Tarleton property by the WMNF. This fact sheet is a matter of public record and part of the Forest Society's archives.

4. Exhibits 3-9 to the Amicus Curiae Brief are public comments submitted to the WMNF as part of the public comment in both the Peabody West and Tarleton Projects. They are:

1

5.   Exhibit 3: Comment of the Forest Society, Tarleton (May 6, 2022)

6.   Exhibit 4: Comment of the N.H. Timberland Owner's Association, Tarleton (November 1, 2021).

7.   Exhibit 5: Comment of the N.H. Timberland Owner's Association, Tarleton (May 11, 2022).

8.   Exhibit 6: Comment of the N.H. Timberland Owner's Association, Peabody (based on meta data, August 25 or September 2, 2022).

9.   Exhibit 7: Comment of the Ruffed Grouse and American Woodcock Society, Peabody (August 25, 2022).

10.   Exhibit 8: Comment of the Appalachian Mountain Club, Peabody (January 10, 2020).

11.   Exhibit 9: Comment of the Appalachian Mountain Club, Peabody (September 2, 2022).

I, Matthew Leahy, affirm that the foregoing statements are true and correct to the best of my knowledge and belief, under the pains of perjury.  28 U.S.C. §1746.

Date:  November 14, 2024              ___/s/ Matthew Leahy_____

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served, this day, electronically through ECF upon all parties of record.

  _/s/ Jeremy D. Eggleton_____