# LEAHY DECLARATION - EXHIBIT 1

**STATE OF NEW HAMPSHIRE**
**DEPARTMENT of RESOURCES and ECONOMIC DEVELOPMENT**
DIVISION of FORESTS and LANDS
172 Pembroke Road   P.O. Box 1856   Concord, New Hampshire 03302-1856

ROBB R. THOMSON
Commissioner

PHILIP A. BRYCE
Director

603-271-2214
FAX 603-271-2629

February 19, 1998

Donna L. Hepp, Forest Supervisor
White Mountain National Forest
719 Main Street
Laconia, NH 03246

Dear Donna:

The New Hampshire Governor and Executive Council approved expansion of the Proclamation Boundary of the White Mountain National Forest to include an estimated 2,242 acres around Lakes Tarleton, Armington, Katherine and Constance in Piermont, at their meeting on February 18, 1998. A copy of the request letter, plan and meeting agenda are enclosed for your records.

I look forward to working with you and your staff, the Trust for Public Land and other public and private conservation organizations to complete this federal/state/private land protection project and in developing a land use and management plan that will provide public recreation access to these lands and water bodies and appropriate wildlife and timber management opportunities.

Sincerely,

Robb R. Thomson
Commissioner

RRT/JFC/lfs

cc:   Charles Levesque
      David Houghton



Forest Protection    (603) 271-2217        Land Management         (603) 271-3456
Forest Management  (603) 271-3456        Information & Planning  (603) 271-3457
                    Natural Heritage Inventory  (603) 271-3623
          TDD ACCESS: RELAY NH 1-800-735-2964   recycled paper
                  DIVISION OF FORESTS AND LANDS 603-271-2214