LEAHY DECLARATION - EXHIBIT 2

## Protecting Lake Tarleton

**If the National Forest buys this land will I be able to use and enjoy it?**

Yes! National Forest Land is open for everyone to use. The purchase of the Lake Tarleton Lands by the Forest Service would provide the town with public access to the lake for swimming, boating and fishing. The land will also be available for people to hike, cross-country ski, nature watch, hunt and fish. Once the property is under Forest ownership the possibility of future "No Trespassing" signs is gone. Forest ownership will permanently guarantee you, your children and grand children will have access to the property forever.

**If the Forest acquires the Lake Tarleton property, how will they manage it?**

The Forest Service manages their properties for many uses, as specified under the White Mountain National Forest Plan. The management prescriptions are in place to assure the protection of the Forest's natural and recreational resources. In managing the Lake Tarleton property, the Forest Service will work to protect wildlife, recreational, timber, and watershed resources. The specific management prescription for a given parcel is a public process which the Forest encourages people to get involved with. It is important to know that you can help shape the management of this important property by attending public meetings and voicing your opinion to ensure the responsible management of and public access to Lake Tarleton.

**What happens if the town does not allow the Forest to purchase the 200 acres outside the boundary?**

The Forest Service is not required to seek town approval on property within the Forest purchase boundary. Therefore, the Forest is free to acquire 1,000 acres of the 1,200 acre Lake Tarleton property. The owners of the property have also made it known that their intention is to conserve their property. As a result if they are unable to sell to the Forest they will most likely sell a conservation easement over the property. This easement may are may not guarantee public access to the lake.

**Who is the Trust for Public Land and what is their role?**

The Trust for Public Land (TPL) is a national nonprofit land conservation organization dedicated to conserving land for people. Acting as problem-solver and a risk taker, TPL helps communities and public agencies to acquire and protect valuable open space.

The New England office of TPL has worked with the White Mountain National Forest since 1987 and has assisted the Forest Service with four major acquisitions: Mirror Lake, Bald Mountain, Glen House, and Breezy Point. TPL works ahead of the Forest securing agreements with landowners to provide immediate protection for potential conservation lands. TPL is currently negotiating with the owners of Lake Tarleton to secure the property for the National Forest.

For more information, contact:
**David Houghton** TPL
(617) 737-0261

*full document in proj record