LEAHY DECLARATION - EXHIBIT 4

Case 1:24-cv-00138-JL-TSM    Document 25-5    Filed 11/14/24    Page 2 of 3
LEAHY DECLARATION - EXHIBIT 4



**NHTOA**
NH TIMBERLAND OWNERS ASSOCIATION

November 1, 2021

Brooke M. Brown, District Ranger
U.S. Forest Service
White Mountain National Forest, Pemigewasset Ranger District
71 White Mountain Drive
Campton, NH 03222

RE: Tarleton Integrated Resource Project

Dear Brooke,

Founded in 1911, the New Hampshire Timberland Owners Association (NHTOA) represents forest landowners and the forest products industry in New Hampshire. This sector of New Hampshire's economy is the third-largest manufacturing sector in the Granite State employing over 9,500 people directly with annual payroll of over $320 million. High quality timber offered from the White Mountain National Forest (WMNF) is an important part of the raw material source for this industry and the management projects producing this timber also provide healthier forests, diverse wildlife habitat, and many other benefits for New Hampshire's citizens.

I had the opportunity to review the <u>Tarleton Integrated Resource Project</u> and we believe this project is compatible with the WMNF's goals prescribed in the 2005 Land and Resources Management Plan. The social and environmental benefits of this project extend far beyond the production of forest products. This project will help the WMNF achieve its wildlife habitat and vegetation goals, remove non-native species, and protect/improve water quality.

The water quality benefits from this project are two-fold. First, they come from the proposed improvements to the boat launch. The boat launch improvements directly benefit water quality by controlling soil erosion on the lake -- soil erosion is evident in the site photos and documents in the scoping documents. Second, water quality will benefit indirectly from improved forest health. This project accomplishes this by removing non-native species (Scots Pine and Norway Spruce), converting forest types to be consistent with land capability, and increasing age-class diversity while fostering forest regeneration. Also, because all timber harvesting will be done in compliance with applicable state and federal laws governing erosion control and riparian area protection surface and ground water (including the lake) quality will not suffer during the forest management work. The body of research showing the efficacy of New Hampshire's Best Management Practices for erosion control and riparian area protection is impressive.

54 PORTSMOUTH ST., CONCORD, NH 03301
603-224-9699 · FAX 603-225-5898 · WWW.NHTOA.ORG
*Growing Leadership for New Hampshire's Forests*

I appreciate the opportunity to provide these comments and hope you will add the NHTOA's support for this project to the record.

Thank you,

Jasen A. Stock
Executive Director

CC:   Derek Ibarguen, Forest Supervisor