LEAHY DECLARATION - EXHIBIT 5

# NHTOA
## NH TIMBERLAND OWNERS ASSOCIATION

May 11, 2022

Brook Brown, District Ranger
White Mountain National Forest, Pemigewasset Ranger District
71 White Mountain Drive
Campton, NH 03223

Re: Tarleton Integrated Resource Project

District Ranger Brown,

Thank you for the opportunity to comment on the proposed Tarleton Integrated Resource Project. Founded in 1911, the New Hampshire Timberland Owners Association (NHTOA) represents forest landowners and the forest products industry in New Hampshire. The NHTOA's mission is to promote working forests, support responsible forest management, and ensure a strong forest industry. The Tarleton Integrated Resource Project is aligned with this mission. This project's enhancement of wildlife habitat, forest health, protection of water resources, and production of forest products while considering outdoor recreational interest is a great example of multiple-use management.

The NHTOA is especially pleased to support the forest health and wildlife habitat goals of this project,
- Increasing Spruce-Fir habitat,
- Increasing timber stand age-class diversity while fostering regeneration,
- Maintaining/increasing Aspen-Birch habitat,
- Redesigning and maintenance of permanent wildlife openings,
- Converting stands of non-native species to native species that are consistent with the land's growing capability,
- Expanding an existing apple orchard and early successional habitat in the Charleston Road area, and
- Adding a 100-foot protection buffer design feature for White Pine adjacent to Lake Katherine to preserve potential bald eagle nesting habitat,

Given the sensitivity of recreational interests in the project area, the NHTOA acknowledges the Forest Service's desire to exceed state law and typical forest management practices for this project. Although the NHTOA recognizes the balancing act the Forest Service is undertaking, we believe it is important to recognize other resource values may be lost by these decisions. Specifically, maintaining a 100-foot no-cut buffer adjacent to Lake Tarleton and a 500-foot buffer around the Appalachian Trail will exclude or limit silvicultural treatment of productive

timberland within these areas. These buffers exceed state law and the recommended Best Management Practices (BMPs) prescribed in *Good Forestry in the Granite State*.

Lastly, the NHTOA wants to stress the economic contribution this project will make. This project will be contributing high quality sawlogs to New Hampshire's forest products industry. This sector of the economy represents the third-largest sector of manufacturing in the state. Based on a May 2020 report from UNH Cooperative Extension entitled *Forest Products Industries' Economic Contributions: New Hampshire*, the state's forest industry provides over 12,800 jobs and annually contributes $2.5 billion in economic output to the economy.

An example of this project's economic contribution can be calculated using the Forst Service's timber harvest estimate of 5.6 million board feet (4,600 tons) of forest products (hardwood and softwood) and the economic contribution estimates from Plymouth State University's report entitled, *Economic Contribution of the Logging Industry in New Hampshire, Calendar Year 2012*.

The Plymouth State University report estimates every 1,000 tons of timber harvested generates $51,316 in total economic output. With this estimate and the 4,600 tons of forest products being harvested, this single project will provide $236,053 in total economic output to the local economy through the logging company implementing the silvicutural treatments. This does not include the additional economic contribution this project will make through the foresters and biologists studying, prescribing, and laying out the harvest or the contributions from the sawmill and lumber companies that will process the logs this project produces. For the rural communities where this project is located, this economic contribution is significant.

Again, the NHTOA appreciates the opportunity to provide comment in support of the Tarleton Integrated Resource Project and we welcome the opportunity to discuss this with you in more details.


Sincerely,

Jasen A. Stock
Executive Director