# Exhibit A

Peabody West Botany Field Work Summary　　　　　　　　　　　　　　　　　　2021






Peabody West Integrated Resource Project



**Figure 4. Detail showing location of timber units subject to design elements REC-4 and REC-5 relative to adjacent recreation opportunities.**