```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Standing Trees, Inc.

    v.                                                  Case No. 24-cv-138-JL-TSM

US Forest Service, et al.

## JUDGMENT

In accordance with the Memorandum Order by Judge Joseph N. Laplante dated August 20, 2025, judgment is hereby entered.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                              By the Court:

                                                              _____
                                                              Tracy A. Uhrin
                                                              Clerk of Court

Date: September 23, 2025

cc: Counsel of Record