# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STANDING TREES, INC., *Plaintiff*, v. UNITED STATES FOREST SERVICE, et al., *Defendants*. | Case No.: 1:24-cv-00138-JL-TSM |

**NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(B), notice is hereby given that Standing Trees, Inc., Plaintiff in the above-captioned matter, hereby appeals to the United States Court of Appeals for the First Circuit from the judgment of the United States District Court for the District of New Hampshire entered in this action on September 23, 2025 (Doc. No. 38).

Dated: November 6, 2025

Respectfully submitted,

/s/ Christophe Courchesne
Christophe Courchesne
NH Bar No. 20431
Associate Professor and Director
Environmental Advocacy Clinic
Vermont Law and Graduate School
164 Chelsea Street, PO Box 96
South Royalton, VT 05068
(802) 831-1630
(802) 831-1631 (fax)
ccourchesne@vermontlaw.edu

2

**CERTIFICATE OF SERVICE**

      I hereby certify that, on November 6, 2025, I served the foregoing document electronically through ECF upon all counsel of record.

<u>/s/ Christophe Courchesne</u>
Christophe Courchesne
*Counsel for Standing Trees, Inc.*